**UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA

       Plaintiff                                   Case No. 08-13147
                                            Hon. Patrick J. Duggan
-v-                                            Claim No. 1999A20534

TIMOTHY J. ROSS,
       Defendant

---

## ORDER ALLOWING RECORDS SUBPOENA

At a session of said Court held in the
City of Detroit, Wayne County, Michigan,
on October 14, 2008.

PRESENT: HONORABLE PATRICK J. DUGGAN

Upon the reading and filing of the Petition of the Plaintiff, and this Court being more fully informed and duly advised in the premises:

And upon the Motion of PAMELA S. RITTER, attorney for the Plaintiff;

IT IS HEREBY ORDERED that the Plaintiff may issue a subpoena to **OCWEN LOAN SERVICING, LLC** requesting copies of any bank checks used to make payments during the last six months and/or the bank routing number of any electronic payments made during the last six months.

                          S/Patrick J. Duggan
                          Patrick J. Duggan
                          United States District Judge

Dated: October 14, 2008  October 14, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 14, 2008October 14, 2008, by electronic and/or ordinary mail.

                          S/Marilyn Orem
                          Case Manager